UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| KADARKO MADVEKE JAMES, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 4:15-cv-01503-KOB-SGC |
| G. SMITH, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On May 20, 2016, the magistrate judge entered a report (Doc. 15) recommending the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by the petitioner, Kadarko Madveke James, be dismissed for want of jurisdiction. The report and recommendation was subsequently returned by the U.S. Postal Service as undeliverable. (Doc. 17). A search of the Board of Immigration and Custom Enforcement's online detainee location system reveals Petitioner is no longer in ICE custody. Additionally, ICE officials have informed court personnel that Petitioner has been deported to Trinidad and Tobago, his native country. Accordingly, to the extent the court could have jurisdiction to consider any of Petitioner's claims under § 2241, those claims are now moot. Furthermore, to the extent Petitioner might disagree with the magistrate judge's report and recommendation, it is exceedingly unlikely that Petitioner will file objections following his deportation.

After careful consideration of the record in this case and the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. Accordingly, the court finds the petition is due to be dismissed for want of jurisdiction.

A separate order will be entered.

DONE and ORDERED this 6th day of June, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE